Opinion issued March 29, 2012.



 

 

 

 

 

 

In The

Court of Appeals

For The

First District of
Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-10-00671-CV

____________

 








PATRICIA DECOUD
HILLIARD, Appellant

 

V.

 

SANDRA ORTIZ, Appellee

 

 

On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 965316

 




 
 
 
 
 
 
 


 



MEMORANDUM OPINION








Appellant,
Patricia Decoud Hilliard, filed a notice of appeal
signed by her “agent,” Gunny Thompson, USMC (Ret.), who does not appear to be a
party to the trial court’s judgment and is not licensed to practice law in
Texas.  A notice of appeal must be signed
by a party to the trial court’s judgment or that party’s attorney.  See Tex. R. App. P. 9.1, 25.1(b).  Appellant’s notice of appeal fails to invoke this Court’s jurisdiction since neither
appellant nor her counsel signed the notice of appeal.  

On November
7, 2011, the Court notified the parties of its intent to dismiss the appeal for
want of jurisdiction unless appellant filed a response demonstrating this
court’s jurisdiction on or before November 21, 2011.  See Tex. R. App. P. 42.3(a).  Appellant has not responded. 

Accordingly,
we dismiss the appeal for want of jurisdiction. See Tex. R.
App. P. 42.3(a), 43.2(f).
 We dismiss any other pending motions as moot.  

PER CURIAM

 

Panel consists of Justices Keyes, Bland, and Sharp.